1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:21-MC-00264-MCE-AC

12              Plaintiff,

13       v.                                STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $24,900.00               AND/OR TO OBTAIN AN INDICTMENT
    IN U.S. CURRENCY,                      ALLEGING FORFEITURE
15

16              Defendant.

17

18        It is hereby stipulated by and between the United States of America and potential claimant

19  Christopher Fluke ("claimant"), by and through their respective counsel, as follows:

20        1.      On or about August 4, 2021, claimant filed a claim in the administrative forfeiture

21  proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately

22  $24,900.00 in U.S. Currency (hereafter "defendant currency"), which were seized on May 25, 2021.

23        2.      The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. §

24  983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

25  defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim

26  to the defendant currency as required by law in the administrative forfeiture proceeding.

27        3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency

                                            1

is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 2, 2021.

4.      By Stipulation and Order filed November 8, 2021, the parties stipulated to extend to December 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed January 5, 2022, the parties stipulated to extend to February 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to March 30, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 30, 2022.


Dated:   2/23/2022                                  PHILLIP A. TALBERT
                                                    United States Attorney

                                        By:    /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant United States Attorney


Dated:  2/18/2022                              /s/ Carolyn Hagin Emison
                                               CAROLYN HAGIN EMISON
                                               Attorney for potential claimant
                                               Christopher Fluke
                                               (Signature authorized by email)


        IT IS SO ORDERED.


Dated:  February 28, 2022

                                               _____
                                               MORRISON C. ENGLAND, JR.
                                               SENIOR UNITED STATES DISTRICT JUDGE

3